# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE BUU LIN,<br><br>        Petitioner,<br><br>    v.<br><br>JAVIER CAVAZOS, Warden,<br><br>        Respondent. | Case No. CV 11-4200-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Granting Respondent's Motion to Dismiss filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 7, 2011

                                          */s/ John E. McDermott*
                                          JOHN E. MCDERMOTT
                                  UNITED STATES MAGISTRATE JUDGE